**Order entered May 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01591-CR

### CHARLES LEE GALLAMORE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-85499-2013**

## ORDER

The clerk's record has been filed in this appeal, but the reporter's record has not been filed. The court reporter filed a letter stating that appellant, who was represented by retained counsel at trial, but is pursuing the appeal pro se, did not request or pay for the reporter's record. Appellant filed a pro se brief that does not comply with Texas Rule of Appellate Procedure 38.1. At the beginning of the brief, appellant states that he cannot afford the reporter's record.

In light of this information, we **ORDER** the trial court to make findings of fact regarding whether appellant has been deprived of the reporter's record because of indigence or for any other reason.

- The trial court shall first determine whether appellant is indigent and entitled to proceed without payment of costs for the reporter's record. If appellant is entitled to proceed without payment of costs, the trial court shall make a finding to that effect. Moreover, if

appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the trial court finds appellant is not indigent, it shall determine whether retained counsel has abandoned the appeal.

- The trial court shall next determine: (1) the name and address of each court reporter who recorded the proceedings in this cause; and (2) the earliest date by which the reporter's record can be filed.

We **ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The Court will defer any issues related to appellant's pro se brief pending receipt of the trial court's findings.

The appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ADA BROWN
        JUSTICE